

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00884-CV

**IN THE INTEREST OF L.D.L.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02856
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED April 15, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice